# FORR, STOKAN, HUFF, KORMANSKI & NAUGLE

ATTORNEYS AT LAW
1701 FIFTH AVENUE
ALTOONA, PA 16602-2319
TELEPHONE: (814) 946-4316
FAX: (814) 946-9426

Partners:
R. THOMAS FORR, JR.
WILLIAM J. STOKAN
JAMES R. HUFF, II
TRACI L. NAUGLE

JOHN F. SULLIVAN (1932-2014)
JOEL M. KORMANSKI (1962-2011)

Associates:
MARY ANN PROBST
GREGORY S. OLSAVICK
TYLER A. ROWLES

September 25, 2018

United States Bankruptcy Court
Western District of Pennsylvania
Suite 5414, USX Tower
600 Grant Street
Pittsburgh, PA   15219

ATTENTION:   MICHAEL R. RHODES, CLERK

Re:  Bibi Fathema Dowlut, Debtor
Chapter 13 Case No. 18-70651

Dear Mr. Rhodes:

With respect to the above identified matter, you should find enclosed the Declaration of Electronic Filing to be filed on behalf of the above-named debtor.

If you have any questions concerning this matter, please feel free to contact me. Your cooperation and assistance on this matter is greatly appreciated.

Very truly yours,
Forr, Stokan, Huff, Kormanski & Naugle

/s/ James R. Huff II

By:  James R. Huff, II, Esquire

JRH:tjb
Enclosure



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  **Bibi Fathema Dowlut**                        :    Bankruptcy No. **18-70651**
                                                        :
         Debtor                                         :

## DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS

PART I – DECLARATION OF PETITIONER

I, __**Bibi Fathema Dowlut**__, and I, _____, the undersigned debtor, certify that the information I give to my attorney for the preparation of the petition, statements, schedules and mailing matrix is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be submitted to the Clerk once all schedules have been electronically docketed but, in any event, no later than fourteen (14) days following the date the petition was electronically filed unless the time is extended by order of court. I understand that failure to timely submit the signed original of this DECLARATION will result in dismissal of my case pursuant to 11 U.S.C. § 707(a)(3) without further notice.

[X] [If petitioner is an individual] I declare under penalty of perjury that the information provided in this petition and the Social Security number(s) listed below are true and correct:

**Bibi Fathema Dowlut**                              Debtor has a Social Security number and it is: ███-██-4129
Name of Debtor                                       Check here if Debtor does not have a Social Security number: _____

_____                           Joint Debtor has a Social Security number and it is: _____
Name of Joint Debtor                                 Check here if Joint Debtor does not have a Social Security number: _____

[ ] [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the Chapter specified in this petition.

Dated: **9/24/2018**    Signed: _/s/ Bibi Fathema Dowlut_

Title: _____
(Corporate or Partnership Filing)

_____    _____
Phone Number of Signer        Address of Signer

PART II – DECLARATION OF ATTORNEY

I further declare that before filing any document I will have examined the debtor's petition and that the information is complete and correct to the best of my knowledge, information and belief. The debtor will have signed this form before I submit the petition, schedules, statements and mailing matrix. I will give the debtor a copy of all forms and information to be filed with the United States Bankruptcy Court, and have followed all other requirements for electronic case filing. I further declare that I have examined the above debtor's petition, schedules, and statements and, to the best of my knowledge, information and belief, they are true, correct, and complete. If debtor is an individual, I further declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such Chapter. This declaration is based on all information of which I have knowledge.

[ ] Check box if debtor is a servicemember as defined by the Servicemembers Civil Relief Act of 2003. If debtor becomes entitled to protections of the Act during the bankruptcy case, he shall file an affidavit advising the Court within fourteen (14) days of the date of his change in status.

Dated: **9/24/2018**      _/s/ James R. Huff II_
                          Attorney for Debtor (Signature)
                          **James R. Huff II**
                          Typed Name

                          **1701 5th Ave., Altoona, Pennsylvania 16602**
                          Address

                          **(814) 946-4316**
                          Phone No.

                          **33270, Pennsylvania**
                          List Bar I.D. and State of Admission

PAWB Local Form 1A (07/13)