BIBLEATHEMA DOWLUT
CHAPTER 13 CASE NO. 18-70651

9/23/2018

## Banking Summary
1/1/2018 through 8/31/2018

| Category | 1/1/2018-<br>1/31/2018 | 2/1/2018-<br>2/28/2018 | 3/1/2018-<br>3/31/2018 | 4/1/2018-<br>4/30/2018 | 5/1/2018-<br>5/31/2018 | 6/1/2018-<br>6/30/2018 |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| SOCIAL SECURITY | 2,434.40 | 2,434.40 | 2,434.40 | 2,434.40 | 2,434.40 | 2,434.40 |
| SPOUSE INCOME | 2,500.00 | 4,500.00 | 1,000.00 | 5,000.00 | 0.00 | 4,000.00 |
| **TOTAL INCOME** | 4,934.40 | 6,934.40 | 3,434.40 | 7,434.40 | 2,434.40 | 6,434.40 |
| **OVERALL TOTAL** | 4,934.40 | 6,934.40 | 3,434.40 | 7,434.40 | 2,434.40 | 6,434.40 |

Page 1

Deposited In Citizen Account
my husband S.S. Income +
Spousal Income or support

9/23/2018

## Banking Summary
1/1/2018 through 8/31/2018

| Category | 7/1/2018-<br>7/31/2018 | 8/1/2018-<br>8/31/2018 | OVERALL<br>TOTAL |
|---|---:|---:|---:|
| **INCOME** | | | |
| SOCIAL SECURITY | 2,434.40 | 2,434.40 | 19,475.20 |
| SPOUSE INCOME | 6,000.00 | 0.00 | 23,000.00 |
| **TOTAL INCOME** | 8,434.40 | 2,434.40 | 42,475.20 |
| **OVERALL TOTAL** | 8,434.40 | 2,434.40 | 42,475.20 |

9/23/2018

*Dawlut*
*Ch 13 Case No. 1870651*

## Banking Summary
1/1/2018 through 8/31/2018

| Category | 1/1/2018-1/31/2018 | 2/1/2018-2/28/2018 | 3/1/2018-3/31/2018 | 4/1/2018-4/30/2018 | 5/1/2018-5/31/2018 | 6/1/2018-6/30/2018 |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| RENT INCOME | 4,453.00 | 4,176.00 | 3,910.00 | 2,500.00 | 3,150.00 | 2,250.00 |
| **TOTAL INCOME** | 4,453.00 | 4,176.00 | 3,910.00 | 2,500.00 | 3,150.00 | 2,250.00 |
| **EXPENSES** | | | | | | |
| MORT 13TH STREET | 350.00 | 350.00 | 350.00 | 0.00 | 0.00 | 350.00 |
| MORT 1405 CIRCLE | 374.08 | 366.39 | 375.00 | 0.00 | 753.00 | 0.00 |
| MORT 1410 LOGAN | 446.91 | 446.91 | 0.00 | 0.00 | 943.82 | 0.00 |
| MORT 1421 CIRCLE | 521.67 | 521.67 | 589.43 | 521.67 | 1,043.34 | 0.00 |
| MORT 1423 CIRCLE AVE | 300.00 | 300.00 | 600.00 | 0.00 | 600.00 | 0.00 |
| MORT1406 LOGAN BLVD | 445.24 | 441.91 | 0.00 | 887.35 | 890.88 | 0.00 |
| PAY ON ACCT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PERSONAL USE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RENTAL EXPENSES | 0.00 | 0.00 | 0.00 | 140.50 | 260.00 | 0.00 |
| Cleaning and Maintenance | 0.00 | 0.00 | 493.25 | 0.00 | 0.00 | 0.00 |
| Insurance | 411.00 | 0.00 | 0.00 | 409.00 | 0.00 | 0.00 |
| Other Expenses | 0.00 | 0.00 | 135.00 | 588.00 | 0.00 | 0.00 |
| Repairs | 0.00 | 0.00 | 407.58 | 0.00 | 75.00 | 0.00 |
| Utilities | 240.00 | 0.00 | 505.80 | 261.86 | 792.02 | 107.95 |
| TOTAL RENTAL EXPENSES | 651.00 | 0.00 | 1,541.63 | 1,399.36 | 1,127.02 | 107.95 |
| **TOTAL EXPENSES** | 3,088.90 | 2,426.88 | 3,456.06 | 2,808.38 | 5,358.06 | 457.95 |
| **OVERALL TOTAL** | 1,364.10 | 1,749.12 | 453.94 | -308.38 | -2,208.06 | 1,792.05 |

Page 1

*Pencrest Account*
*Rental Income & Expenses*

9/23/2018

Banking Summary
1/1/2018 through 8/31/2018

Page 2

| Category | 7/1/2018-<br>7/31/2018 | 8/1/2018-<br>8/31/2018 | OVERALL<br>TOTAL |
|---|---|---|---|
| **INCOME** | | | |
| RENT INCOME | 2,750.00 | 1,821.00 | 25,010.00 |
| **TOTAL INCOME** | **2,750.00** | **1,821.00** | **25,010.00** |
| **EXPENSES** | | | |
| MORT 13TH STREET | 350.00 | 0.00 | 1,750.00 |
| MORT 1405 CIRCLE | 478.00 | 370.00 | 2,716.47 |
| MORT 1410 LOGAN | 441.91 | 441.91 | 2,721.46 |
| MORT 1421 CIRCLE | 521.67 | 521.67 | 4,241.12 |
| MORT 1423 CIRCLE AVE | 190.55 | 295.00 | 2,285.55 |
| MORT1406 LOGAN BLVD | 445.44 | 445.44 | 3,556.26 |
| PAY ON ACCT | 0.00 | 350.00 | 350.00 |
| PERSONAL USE | 28.78 | 0.00 | 28.78 |
| RENTAL EXPENSES | 0.00 | 0.00 | 400.50 |
| Cleaning and Maintenance | 0.00 | 0.00 | 493.25 |
| Insurance | 815.00 | 0.00 | 1,635.00 |
| Other Expenses | 450.00 | 0.00 | 1,248.00 |
| Repairs | 0.00 | 0.00 | 407.58 |
| Utilities | 303.35 | 344.46 | 2,555.44 |
| **TOTAL RENTAL EXPENSES** | 1,568.35 | 344.46 | 6,739.77 |
| **TOTAL EXPENSES** | **4,024.70** | **2,768.48** | **24,389.41** |
| **OVERALL TOTAL** | **-1,274.70** | **-947.48** | **620.59** |