

October 19, 2018

                                                             **Writer's Contact:**
(320) 217-6771
JordanneK@stearnsbank.com

Clerk of the Bankruptcy Court
Western District of Pennsylvania
United States Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

    **Re:    Debtor: Bibi Fathema Dowlut *aka* Fathema Dowlut**
              **Case No.  7:18-70651**

Clerk of the Court:

Enclosed please a Notice of Appearance and Request for Service on behalf of Creditor Stearns Bank N.A. to be filed connection with the above-referenced Bankruptcy Case.

Sincerely,

**Stearns Bank N.A.**


/s/ Jordanne E. Kissner


Jordanne E. Kissner
Document Compliance Supervisor


JEK:tmt
Enclosures

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

---

**IN RE:**

| | |
|---|---|
| **BIBI FATHEMA DOWLUT** | **CASE NO.: 7:18-70651** |
| | **Chapter 13** |
| **Debtor.** | |

---

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

---

Please take notice that the undersigned enters an appearance in this case as the authorized representative of **Stearns Bank N.A.** Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

> Jordanne E. Kissner
> Document Compliance Supervisor
> Stearns Bank N.A.
> 4191 2nd Street South
> St. Cloud, MN  56301

> /s/ Jordanne E. Kissner
> Jordanne E. Kissner
> Stearns Bank N.A.
> 4191 2nd Street South
> St. Cloud, MN  56301
> Telephone: (320) 217-6771
> Facsimile: (320) 258-3051
> JordanneK@stearnsbank.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

---

**IN RE:**

    **BIBI FATHEMA DOWLUT**       **CASE NO.: 7:18-70651**
                                                                  **Chapter 13**

    **Debtor.**

---

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice was furnished to the following, this 19th day of October, 2018.

| | | |
|---|---|---|
| Bibi Fathema Dowlut<br>365 Oak Knoll Road<br>Hollidaysburg, PA 16648 | Represented<br>By | James R. Huff, II<br>Sullivan Forr Stokan & Huff<br>1701 Fifth Avenue<br>Altoona, PA 16602 |
| Altoona First Savings Bank<br>203 N. Logan Boulevard<br>Altoona, PA 16602 | Represented<br>By | Jeffrey A. Muriceak<br>Evey, Black Attorneys<br>401 Allegheny Street<br>Holidaysburg, PA 16648 |
| NORTHWEST BANK<br>c/o Beverly Weiss Manne, Esq.<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, Pa 15222 | | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | | Ronda J. Winnecour, Chapter 13 Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

                                                             /s/ Teresa Mason-Tierney
                                                             Teresa E. Mason-Tierney
                                                             Legal Services Assistant
                                                             Stearns Bank N.A.