IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70651-JAD |
| | : | |
| BIBI FATHEMA DOWLUT, *Debtor*, | : | Chapter 13 |
| | : | |
| NORTHWEST BANK, f/k/a NORTHWEST SAVINGS BANK, *Movant*, | : | Doc. |
| | : | Related Doc No. 9 |
| | : | |
| | : | Hearing Date and Time: |
| *v.* | : | November 30, 2018 at 11:00 a.m. |
| | : | |
| BIBI FATHEMA DOWLUT, RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, *Respondents*. | : | Response Deadline:  November 9, 2018 |
| | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF
NORTHWEST BANK FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENT:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are hereby notified to file with the Clerk and serve upon the undersigned attorney a response to the motion no later than November 9, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found of the Judge's web page at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on November 30, 2018 at 11:00 a.m. before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*. Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: October 24, 2018          TUCKER ARENSBERG, P.C

/s/ *Beverly Weiss Manne*
Beverly Weiss Manne, Esquire
Pa. I.D. # 34545
1500 One PPG Place
Pittsburgh, PA  15222
(412)594-5525

**\* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**