IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  BIBI FATHEMA DOWLUT, *Debtor*, | : : : | Case No. 18-70651-JAD  Chapter 13 |
| NORTHWEST BANK, f/k/a NORTHWEST SAVINGS BANK,   *Movant*, | : : : | Doc.  Related Doc. Nos. 29 & 30 |
| v. | : : | |
| BIBI FATHEMA DOWLUT RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, *Respondents*. | : : : | |

## CERTIFICATE OF SERVICE

I certify that I served or caused to be served a copy of the Motion for Relief from the Automatic Stay and Notice of Hearing and Response Deadline filed by Northwest Bank, f/k/a Northwest Savings Bank on October 24, 2018 via the CM/ECF System as well as on the following individuals as follows:

**Via First Class Mail**

Bibi Fathema Dowlut
365 Oak Knoll Road
Hollidaysburg, PA 16648

Dated: October 24, 2018

TUCKER ARENSBERG, P.C.

/*s/ Sloane  B. O'Donnell*
Sloane B. O'Donnell, Esquire
1500 One PPG Place
Pittsburgh, PA  15222
(412) 594-3946
sodonnell@tuckerlaw.com
Counsel for Movant, Northwest Bank