# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 18-70651-JAD |
| | ) | |
| BIBI FATHEMA DOWLUT | ) | |
| AKA FATHEMA DOWLUT | ) | CHAPTER 13 |
| | ) | |
| Debtor, | ) | Hearing Date/Time: |
| | ) | *November 30, 2018 at 11:00 AM.* |
| _____ | ) | |
| Enterprise Bank | ) | Response Deadline: |
| | ) | *November 12, 2018* |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BIBI FATHEMA DOWLUT | ) | |
| AKA FATHEMA DOWLUT, | ) | |
| Debtor and MOHAMMAD N. | ) | |
| DOWLUT, Co-Debtor and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF ENTERPRISE BANK FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned for Movant a response to the motion no later than **November 12, 2018**, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be scheduled on **November 30, 2018 @ 11:00 AM** before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington St.,

Johnstown PA 15901.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:	**October 24, 2018**

                                      By:	/s/ Joseph A. Fidler
                                            Joseph A. Fidler, Esquire
                                            Pa. I.D #87325
                                            Attorney for Enterprise Bank
                                            4091 Mount Royal Boulevard
                                            Allison Park, PA 15101
                                            (412) 487-8173