# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Bibi Fathema Dowlut | ) |
| | ) |
| | )   **Bankruptcy No.** 18-70651-JAD |
| | ) |
| | ) |
| **Filing Party Name and Address:** | ) |
| Beverly Weiss Manne | ) |
| Tucker Arensberg, P.C. | ) |
| 1500 One PPG Place | |
| Pittsburgh, PA 15222 | |

## Request for Filing Fee

A **Motion for Relief from the Automatic Stay** was filed in the above-referenced case on **October 24, 2018**.

The proper filing fee did not accompany this document ("181" was entered in the Receipt Number box during the filing of the motion, thus bypassing the payment of the fee electronically).  A check in the amount of $**181.00** payable to Clerk, United States Bankruptcy Court must be submitted within four days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

                                              Michael R. Rhodes, Clerk
                                              United States Bankruptcy Court
                                              Western District of Pennsylvania
                                              5414 U.S. Steel Tower
                                              600 Grant Street
                                              Pittsburgh, PA 15219

Date:  October 29, 2018                        By:  Lee Katsafanas
                                                          Deputy Clerk

---

**Instructions for Deputy Clerk:**                Filing Fee Paid:  $
Original and copy to filing party            Receipt No.
Copy attached to document
Copy to Financial Administrator

                                                                                     #92e-I