IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70651-JAD |
| | : | |
| BIBI FATHEMA DOWLUT, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| NORTHWEST BANK, f/k/a NORTHWEST | : | |
| SAVINGS BANK, | : | Doc.No._____ |
| Movant | : | Related to Doc. Nos. 30 and 29 |
| | : | |
| Vs. | : | Hearing Date and Time: |
| | : | November 30, 2018 at 11:00 a.m. |
| BIBI FATHEMA DOWLUT, RONDA J. | : | |
| WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| | : | |
| Respondents | : | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2018, the above-identified matter having come before this Court in connection with the Motion for Relief from Automatic Stay filed on behalf of Northwest Bank f/k/a Northwest Savings Bank, and after hearing held thereon, it is hereby **ORDERED, DIRECTED AND DECREED** that said Motion is DENIED AND DISMISSED.

BY THE COURT:

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge