MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Dowlut_____ JAD

Case Number: __18-70651__

Date of Meeting: __11_/_9_/_18__   Recording # _____

Debtor(s) present __✓__ or Not Present ___ (___No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Huff_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

Fidler - Enterprise Bank.
Not eligible for 13 due to debt limits.
To convert to CH. 11.

[FILED 2018 NOV 13 PM 2:37 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
___✓__ Meeting NOT HELD
                                              _____ Order to Show Cause Requested
                                              _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
          _____ 341 Meeting   OR _____ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

_____Jana Paul_____
Chapter 13 Trustee/Attorney for Trustee