IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: BIBI FATHEMA DOWLUT, | : | BANKRUPTCY CASE NO. 18-70651-JAD |
| Debtor | : | |
| | : | CHAPTER 13 |
| BIBI FATHEMA DOWLUT, | : | |
| Movant | : | Doc. No. _____ |
| | : | |
| vs. | : | |
| | : | |
| NORTHWEST BANK, f/k/a NORTHWEST | : | |
| SAVINGS BANK; ENTERPRISE BANK; | : | |
| FIRST COMMONWEALTH BANK; | : | |
| ALTOONA FIRST SAVINGS BANK; | : | |
| SELECT PORTFOLIO SERVICING, INC.; | : | |
| DEUTSCHE BANK NATIONAL TRUST | : | |
| COMPANY; M & T BANK; PRA | : | |
| RECEIVABLES MANAGEMENT, LLC; | : | |
| STEARNS BANK, N.A.; RHONDA J. | : | |
| WINNECOUR, CHAPTER 13 TRUSTEE; | : | |
| OFFICE OF THE UNITED STATES | : | |
| TRUSTEE, | : | |
| Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR/MOVANT'S
MOTION TO CONVERT BANKRUPTCY TO A CHAPTER 11 BANKRUPTCY PROCEEDING**

To the Respondents:
    You are hereby notified that the above Debtor/Movant seeks an Order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a Response to the Motion no later than **December 12, 2018** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the Procedure of the presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.    If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.    Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    A Hearing will be held on **Friday, January 11, 2019, at 11:00 a.m. before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901**\*.   Only a limited time of 10 minutes is being provided on the calendar.    No witnesses will be heard.    If there is an issue of fact, an evidentiary hearing will be scheduled for a later date by the Court.    An Order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date:    November 26, 2018        /s/James R. Huff, II, Esquire
                    James R. Huff, II, Esquire
                    Forr, Stokan, Huff, Kormanski & Naugle
                    1701 Fifth Avenue
                    Altoona, PA 16602
                    (814) 946-4316; Pa. I.D. No. 33270

**\*Note:   Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pa. and also in Courtroom D in Pittsburgh.    Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**