# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- Debtor: BIBI FATHEMA DOWLUT
- Case Number: 18-70651-JAD        Chapter: 13
- Date / Time / Room: FRIDAY, NOVEMBER 30, 2018 11:00 AM  COURTROOM B
- Bankruptcy Judge: JEFFERY A. DELLER
- Courtroom Clerk: SCOTT KOZAR
- Reporter / ECR: N/A

**Matter:**

Motion For Relief From Automatic Stay filed by Northwest Savings Bank
- Response Filed 11/9/2018 by Debtor @ Doc. #40 [Due 11/9/2018]
R / M #: 29 / 0

**Appearances:**

- TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
- DEBTOR(S): James R. Huff, Esq.
- CREDITOR: Beverly Weiss Manne, Esq. / C. O'Donel

FILED
12/4/18 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

- ___ Motion is GRANTED / DENIED
- ___ Special Type Of Order:
- ✓ CONTINUE MATTER:
  - ___ For At Least ___ Days (Court To Issue Scheduling Order)
  - ___ To Hearing Date Of ___ at ___ AM/PM at ___
  - ___ To Conciliation Conference For ___ at ___ AM/PM at ___
- ✓ ISSUE EVIDENTIARY HEARING NOTICE
  - ___ Evidentiary Hearing On Value And Cram-Down Interest
  - ___ Complex / Pretrial Order - NONJURY / JURY
  - ___ Simple / Pretrial Order - NONJURY / JURY
  - ✓ Parties To Undertake Discovery - Discovery Period: 60 days
  - ___ SETTLEMENT STIPULATION IS DUE ___
- ✓ OTHER: Interim adequate protection order to be submitted

JEFFERY A. DELLER
U.S. Bankruptcy Judge

Page 1 of 1                                    11/28/2018 11:57:26AM