# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- Debtor: BIBI FATHEMA DOWLUT
- Case Number: 18-70651-JAD    Chapter: 13
- Date / Time / Room: FRIDAY, NOVEMBER 30, 2018 11:00 AM   COURTROOM B
- Bankruptcy Judge: JEFFERY A. DELLER
- Courtroom Clerk: SCOTT KOZAR
- Reporter / ECR: N/A

**Matter:**

Motion For Relief From Automatic Stay filed by Enterprise Bank
- Response Filed 11/12/2018 by Debtor @ Doc. #42 [Due 11/12/2018]
R / M #: 33 / 0

**Appearances:**

- TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
- DEBTOR(S): James R. Huff, Esq.
- CREDITOR: Joseph A. Fidler, Esq.

FILED
12/4/18 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

- ___ Motion is GRANTED / DENIED
- ___ Special Type Of Order:
- ___ CONTINUE MATTER:
  - ___ For At Least ___ Days (Court To Issue Scheduling Order)
  - ___ To Hearing Date Of _____ at _____ AM/PM at _____
  - ___ To Conciliation Conference For _____ at _____ AM/PM at _____
- ✓ ISSUE EVIDENTIARY HEARING NOTICE
  - ___ Evidentiary Hearing On Value And Cram-Down Interest
  - ___ Complex / Pretrial Order - NONJURY / JURY
  - ___ Simple / Pretrial Order - NONJURY / JURY
  - ✓ Parties To Undertake Discovery - Discovery Period: 60 days
  - ___ SETTLEMENT STIPULATION IS DUE _____
- ✓ OTHER: Interim Adequate protection order to be submitted

JEFFERY A. DELLER
U.S. Bankruptcy Judge