IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 18-70651-JAD |
| | ) | |
| BIBI FATHEMA DOWLUT | ) | |
| AKA FATHEMA DOWLUT | ) | CHAPTER 13 |
| | ) | |
| Debtor, | ) | Related to document: 33   and 51 |
| | ) | |
| _____ | ) | |
| Enterprise Bank | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BIBI FATHEMA DOWLUT | ) | |
| AKA FATHEMA DOWLUT, | ) | |
| Debtor and MOHAMMAD N. | ) | |
| DOWLUT, Co-Debtor and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF COURT

AND NOW, this  3rd  day of  December , 2018, upon consideration of the Motion for Relief from the Automatic Stay ("Motion") filed on behalf of Enterprise Bank ("Movant") and after presentation by Movant of the Motion in open Court on November 30, 2018, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Beginning January 5, 2019, and continuing on the 5th day of each month thereafter until further Order of Court, Debtor shall pay Enterprise Bank the sum of $4,191.04 representing the current principal and interest payment due Enterprise Bank. Debtor's payments shall be made payable to "Enterprise Bank" and delivered to Enterprise Bank c/o Joseph A. Fidler at 4091 Mt. Royal Blvd., Allison Park, PA 15101; and

2. On or before January 5, 2019, Debtor shall provide Enterprise Bank proof of hazard insurance on the real estate located at RR1 Box 379, Reservoir Road, Hollidaysburg, PA 16649 ("Mortgaged Premises") listing Enterprise Bank as mortgagee/loss payee; and

3. In the event Debtor fails to make any payments as required by this Order of Court, or fails to provide Enterprise Bank proof of hazard insurance for the Mortgaged Premises on or before January 5, 2019, upon the filing of an Affidavit of Default by Enterprise Bank, the Court shall automatically grant Enterprise Bank relief from the automatic stay, without further notice or hearing; and

4. The terms and conditions of this Order of Court shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another Chapter.

5. The Court will schedule trial on Enterprise Bank's Motion for Relief from the Automatic Stay pursuant to a separate order of court.

BY THE COURT:

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
12/3/18 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bibi Fathema Dowlut  
    Debtor

Case No. 18-70651-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: aala     Page 1 of 1     Date Rcvd: Dec 03, 2018  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.  
db          +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:
         Beverly Weiss Manne     on behalf of Creditor     NORTHWEST BANK bmanne@tuckerlaw.com, bewmanne@aol.com  
         Christopher M. McMonagle     on behalf of Creditor     M&T Bank cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         James Warmbrodt     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee, et al... bkgroup@kmllawgroup.com  
         James Warmbrodt     on behalf of Creditor     M&T Bank bkgroup@kmllawgroup.com  
         James R. Huff, II     on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com  
         Jeffrey A. Muriceak     on behalf of Creditor     Altoona First Savings Bank jmuriceak@eveyblack.com, choover@eveyblack.com  
         Joseph A. Fidler     on behalf of Creditor     Enterprise Bank jfidler@enterprisebankpgh.com  
         Matthew Christian Waldt     on behalf of Creditor     Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Preston D. Jaquish     on behalf of Creditor     First Commonwealth Bank pjaquish@lenderlaw.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         Sloane B. O'Donnell     on behalf of Creditor     NORTHWEST BANK sodonnell@tuckerlaw.com  
                                                                                                 TOTAL: 12