IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIBI FATHEMA DOWLUT | : | Bankruptcy Case No. 18-70651-JAD |
| AKA FATHEMA DOWLUT, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| ENTERPRISE BANK, | : | Doc. No. _____ |
| Movant | : | Related to Doc No. 54 |
| | : | |
| Vs. | : | |
| | : | |
| BIBI FATHEMA DOWLUT, | : | |
| AKA FATHEMA DOWLUT, RONDA J. | : | |
| WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| | : | |
| Respondents | : | |

CERTIFICATE OF SERVICE OF PROOF OF INSURANCE

Pursuant to Order of Court dated December 3, 2018, I certify under penalty of perjury that I served Proof of Insurance on Counsel for Enterprise Bank at the address specified below on **December 10, 2018**:

The type of service made was by **U.S. First-Class Mail, postage prepaid .**

Joseph A. Fidler, Esquire
4091 Mount Royal Boulevard
Allison Park, PA   15101

/s/James R. Huff, II, Esquire
James R. Huff, II, Esquire
1701 5th Avenue
Altoona, PA   16602
(814) 946-4316
Pa. I.D. No. 33270