IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70651-JAD |
| | : | |
| BIBI FATHEMA DOWLUT, | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| NORTHWEST BANK, f/k/a NORTHWEST SAVINGS BANK, | : | |
| | : | Doc. No. _____ |
| Movant | : | Related to Doc. No. 53 |
| | : | |
| Vs. | : | |
| | : | |
| BIBI FATHEMA DOWLUT, RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| | : | |
| Respondents | : | |

CERTIFICATE OF SERVICE OF PROOF OF INSURANCE

Pursuant to Order of Court dated December 3, 2018, I certify under penalty of perjury that I served Proof of Insurance on Counsel for Northwest Bank f/k/a Northwest Savings Bank at the address specified below on **December 10, 2018**:

The type of service made was by **U.S. First-Class Mail, postage prepaid .**

Beverly Weiss Manne, Esquire
TUCKER ARENSBERG, PC
1500 One PPG Place
Pittsburgh, PA  15222

/s/James R. Huff, II, Esquire
James R. Huff, II, Esquire
1701 5th Avenue
Altoona, PA   16602
(814) 946-4316
Pa. I.D. No. 33270