# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Bibi Fathema Dowlut | § | Case No. 18-70651 JAD |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

    Please enter the appearance of Larry E. Wahlquist on behalf of the United States Trustee in the above captioned matter.

                          Respectfully Submitted,

                          ANDREW R. VARA
                          ACTING UNITED STATES TRUSTEE
                          Region 3

By:    /s/Larry E. Wahlquist
        Larry E. Wahlquist
        Trial Attorney
        Liberty Center, Suite 970
        1001 Liberty Avenue
        Pittsburgh, Pennsylvania 15222
        (412) 644-4756 Telephone
        (412) 644-4785 Facsimile
        D.C. ID 492864
        Larry.E.Wahlquist@usdoj.gov