# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Bibi Fathema Dowlut | ) |
| | ) |
| | )  **Bankruptcy No.** 18-70651-JAD |
| | ) |
| | ) |
| **Filing Party Name and Address:** | ) |
| James R. Huff, II | ) |
| Sullivan Forr Stokan & Huff | ) |
| 1701 Fifth Avenue | |
| Altoona, PA 16602 | |

## Request for Filing Fee

A **Motion to Convert Case from Chapter 13 to Chapter 11** was filed in the above-referenced case on **November 26, 2018** and granted on **January 9, 2019**.

The filing fee for a motion to convert to a Chapter 11 filed by a debtor is not due unless the motion is granted. Now that the motion is granted, the filing fee of **$932.00** is due. A check in the amount of $932.00 payable to Clerk, United States Bankruptcy Court must be submitted within seven days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

Michael R. Rhodes, Clerk  
United States Bankruptcy Court  
Western District of Pennsylvania  
5414 U.S. Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

Date: January 17, 2019       By: Lee Katsafanas
                              Deputy Clerk

---

**Instructions for Deputy Clerk:**        Filing Fee Paid: $
Original and copy to filing party         Receipt No.
Copy attached to document
Copy to Financial Administrator

#92e-I