**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BIBI FATHEMA DOWLUT, <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:18-70651 JAD <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/11/2018 and confirmed on 01/01/1900. The case was subsequently (F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,344.32 |
| Less Refunds to Debtor | 4,135.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 208.52 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 208.52 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 208.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| ENTERPRISE BANK <br> Acct: 4129 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK* <br> Acct: 7592 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK* <br> Acct: 2506 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU* <br> Acct: 0290 | 8,371.12 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU* <br> Acct: 9616 | 12,344.16 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU* <br> Acct: 6595 | 18,217.96 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU* <br> Acct: 6594 | 387.86 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK* <br> Acct: 6394 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU* <br> Acct: 1116 | 1,498.53 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BLAIR COUNTY TAX CLM BUREAU*<br>Acct: 1115 | 1,441.26 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU*<br>Acct: 1001 | 1,610.45 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU*<br>Acct: 0121 | 1,330.88 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU*<br>Acct: 3650 | 218.98 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU*<br>Acct: 3560 | 967.64 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU*<br>Acct: 3530 | 1,160.90 | 0.00 | 0.00 | 0.00 |
| BLAIR COUNTY TAX CLM BUREAU*<br>Acct: 1960 | 1,741.27 | 0.00 | 0.00 | 0.00 |
| ALTOONA FIRST SAVINGS BANK<br>Acct: 2302 | 7,160.52 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK*<br>Acct: 8898 | 5,015.42 | 0.00 | 0.00 | 0.00 |
| M & T BANK<br>Acct: 2526 | 318,910.68 | 0.00 | 0.00 | 0.00 |
| M & T BANK<br>Acct: 3893 | 129,185.56 | 0.00 | 0.00 | 0.00 |
| MMCA<br>Acct: 1233 | 6,432.46 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK*<br>Acct: 6394 | 226,756.47 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>Acct: 3965 | 32,562.82 | 0.00 | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST CO - T<br>Acct: 4757 | 40,003.60 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK*<br>Acct: 8764 | 0.00 | 0.00 | 0.00 | 0.00 |
| STEARNS BANK<br>Acct: | 185,000.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Priority** | | | | |
| JAMES R HUFF II ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BIBI FATHEMA DOWLUT,<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SULLIVAN FORR ET AL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3321 | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES R HUFF II ESQ<br>Acct: | 1,200.00 | 0.00 | 0.00 | 0.00 |
| BIBI FATHEMA DOWLUT,<br>Acct: | 4,135.80 | 4,135.80 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1006 | 1,292.47 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: 5232 | 17,073.49 | 0.00 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE<br>Acct: 8121 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-70651 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     Acct: 7852 | | | | |
|   CITIZENS BANK* | 13,086.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 4545 | | | | |
|   DISCOVER BANK(*) | 8,614.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 1010 | | | | |
|   DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2250 | | | | |
|   SYNCHRONY BANK | 5,297.51 | 0.00 | 0.00 | 0.00 |
|     Acct: 4373 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9891 | | | | |
|   BEVERLY WEISS MANNE, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY A MURICEAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRESTON D JAQUISH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH A FIDLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEARNS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOHAMMAD DOWLUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 905.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 9891 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 1,537.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 1007 | | | | |
|   STEARNS BANK | 152,550.57 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LARRY E WAHLQUIST ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                 0.00

```
TOTAL CLAIMED
  PRIORITY                       0.00
  SECURED                1,000,318.54
  UNSECURED                200.357.52
```

Date: 01/29/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com