IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70651-JAD |
| | : | |
| BIBI FATHEMA DOWLUT | : | |
| Debtor | : | Chapter 11 |
| | : | |
| NORTHWEST BANK, f/k/a | : | Doc. No. __80__ |
| NORTHWEST SAVINGS BANK, | : | |
| Movant | : | Related to Doc Nos. 29 and 57 |
| | : | |
| Vs. | : | |
| | : | |
| BIBI FATHEMA DOWLUT, | : | Hearing Date/Time: |
| Respondent | : | March 8, 2019 at 12:00 PM |

## ORDER OF COURT

AND NOW, to wit, this __31st__ day of __January__, 2019, the above identified matter having come before this Court on a Motion to Continue Evidentiary Hearing scheduled on Movant's Motion for Relief from Stay, it is hereby **ORDERED, DIRECTED AND DECREED** that said Motion to Continue Hearing is Granted and Evidentiary Hearing in this matter is rescheduled for the __5th__ day of __April__, 2019 at 11:00 AM in Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901.

BY THE COURT:

_____ sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
1/31/19 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 18-70651-JAD
Bibi Fathema Dowlut                                                                       Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: bsil              Page 1 of 1              Date Rcvd: Jan 31, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.
db              +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:
              Beverly Weiss Manne    on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com,
               bewmanne@aol.com
              Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James R. Huff, II    on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com
              Jeffrey A. Muriceak    on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Jodi L. Hause    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Sloane B. O'Donnell    on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com,
               agilbert@tuckerlaw.com
                                                                                               TOTAL: 13