IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70651-JAD |
| | : | |
| BIBI FATHEMA DOWLUT, | : | Chapter 13 |
| | : | |
| *Debtor*, | : | |
| | : | Doc. |
| NORTHWEST BANK, f/k/a NORTHWEST | : | |
| SAVINGS BANK, | : | Related Doc. No.: 57, 81  and 86 |
| | : | |
| *Movant*, | : | |
| | : | |
| *v.* | : | |
| | : | |
| BIBI FATHEMA DOWLUT, RONDA J. | : | |
| WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| | : | |
| *Respondents*. | : | |

ORDER

**AND NOW**, this ___5th___ day of ___March___, 2019, upon consideration of the Joint

Stipulation and Consent Order of Northwest Bank and Debtor Bibi Fathema Dowlut, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Scheduling Order entered by the Court on

November 30, 2018 at Doc. No. 57 shall be modified to extend all discovery and pre-trial deadlines to **March**

**29, 2019**.

**ORDERED, ADJUDGED** and **DECREED** that this Stipulation and Consent Order does not

impact any other deadlines in the Scheduling Order.

_____
**JEFFERY A. DELLER**
**U.S. Bankruptcy Judge**

FILED
3/5/19 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-70651-JAD
Bibi Fathema Dowlut                                                             Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: bsil              Page 1 of 1              Date Rcvd: Mar 05, 2019
                               Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db             +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613
cr             +NORTHWEST BANK,    Tucker Arensberg, P.C.,    c/o Beverly Weiss Manne, Esq.,    1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
               +Ronda J. Winnecour, Esq.,    Suite 3250, USX Tower,    600 Grant Street,
                Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              Beverly Weiss Manne   on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com,
               bewmanne@aol.com
              Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James R. Huff, II    on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com
              Jeffrey A. Muriceak    on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Jodi L. Hause    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... jodi.hause@phelanhallinan.com,   pawb@fedpfe.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Sloane B. O'Donnell    on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com,
               agilbert@tuckerlaw.com
                                                                                              TOTAL: 13