UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Bibi Fathema Dowlut

Case No. 18-70651 JAD

Reporting Period: 2/28/19

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | ✓ | |
| Bank Reconciliation | | N/A | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | ✓ | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    3/20/19
Signature of Debtor                Date

_____    _____
Signature of Joint Debtor          Date

_____    _____
Signature of Preparer              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Bibi Fathema Dowlut  
Debtor

Case No. 18-70651 JAD  
Reporting Period: February 2019

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 11,000.00 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 4,135.00 | |
| Total Receipts | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 10,831.74 | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 773.93 | |
| Insurance | | |
| Auto Expense | 490.89 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | | |
| Net Cash Flow (Total Receipts - Total Disbursements) | | |
| Cash - End of Month (Must equal reconciled bank statement) | 3,039.21 | |

FORM MOR-1(INDV)  
(9/99)

Bibi Fathema Dowlut                                         Case No. 18-70651 JAD
              Debtor                                        Reporting Period: _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | 4,135.00 | |
| | | |
| | | |
| **Other Taxes** | | |
| | 0 | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | 0 | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | 0 | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Bibi Fathema Dowlut                                                    Case No. 18-70651 JAD

Debtor                                                         Reporting Period: _____

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | 0 | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| Total Taxes | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | \multicolumn{4}{c}{Number of Days Past Due} | Total |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | 0 | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).                              FORM MOR-4
                                                                                  (9/99)

Bibi Fathema Dowlut                                       Case No. 18-70651 JAD
                    Debtor                                Reporting Period: _____

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | Y |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | Y | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | Y | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | Y | |

FORM MOR-5
(9/99)



```
ALTOONA              HOLLIDAYSBURG        PATTON
(814) 944-2011       (814) 695-5671       (814) 674-3661           Account
CRESSON              NANTY GLO            PLEASANT VALLEY          Statement
(814) 886-2641       (814) 749-8649       (814) 946-8090
GALLITZIN
(814) 886-4112
```

```
BIBI FATHEMA DOWLUT                         SUMMARY OF YOUR ACTIVITY
215 UNION AVE                               ACTIVITY THROUGH      FEB 25 19
ALTOONA PA   16602                          STATEMENT NUMBER      308011793
                                            BEGINNING BALANCE           .00
                                            DEPOSIT AMOUNT   +     15135.80
                                            WITHDRAWAL AMOUNT -    12100.06
                                            SERVICE CHARGE   -          .00
                    CREDITS ENCLOSED    0   ENDING BALANCE    =     3035.74
```

```
                    SIGN UP FOR ESTATEMENTS TODAY!
                    VISIT HTTP://WWW.PENNCREST.BANK TO
                    ENROLL. QUESTIONS CALL 888-716-7587
```

```
PLAIN & SIMPLE          03-08011793                                    BALANCE SUMMARY
ACTIVITY BEGINNING         JAN 31 19    WITHDRAWALS    DEPOSITS        $        .00
JAN 31   DEPOSIT   PENNCREST BANK                      11000.00        $   11000.00
FEB 01   WITHDRAWAL PENNCREST BANK        6640.70                      $    4359.30
FEB 01   WITHDRAWAL PENNCREST BANK        4191.04                      $     168.26
FEB 05   DEPOSIT   PENNCREST BANK                       4135.80        $    4304.06
FEB 06   BILLMATRIX BILLPAYFEE 190205 TEL    3.50                      $    4300.56
FEB 06   FIS*VERIZON BILL PAY 190205 TEL   100.00                      $    4200.56
FEB 06   PEOPLES NATURAL GAS BILL CCD      400.00                      $    3800.56
         200004687949
FEB 06   ATT Payment 020519 WEB            490.89                      $    3309.67
FEB 07   ATLANTIC BROADBA CABLE PAY 020719 TEL  108.93                 $    3200.74
FEB 12   CHECK NUMBER    9999 REF #991004256  165.00                   $    3035.74
```

```
                        CHECKS PAID ON YOUR ACCOUNT

CHECK   DATE    AMOUNT      CHECK   DATE    AMOUNT      CHECK   DATE    AMOUNT
9999  02/12     165.00
```

```
                        SUMMARY OF YOUR DEPOSIT ACCOUNTS

   ACCOUNT            ACCOUNT          ACCOUNT         MATURITY
  DESCRIPTION         NUMBER           BALANCE         DATE

PLAIN & SIMPLE      03-08011793   $    3,035.74

TOTAL OF YOUR DEPOSIT ACCOUNTS     $   3,035.74
```

```
                              - 01 -
(120) PDD790-01   03-08011793    2/25/19      00                        004
Z0240120
```

## Cash Flow - Last month
### 2/1/2019 through 2/28/2019

3/20/2019              Page 1

| Category | 2/1/2019-2/28/2019 |
|---|---:|
| **INFLOWS** | |
| SPOUSE INCOME | 15,135.80 |
| **TOTAL INFLOWS** | 15,135.80 |
| **OUTFLOWS** | |
| Auto | 490.89 |
| MORT BLAIR CHALET | 4,191.04 |
| MORTGAGE NORTHWEST BANK | 6,640.70 |
| Utilities | |
|   Cable TV | 108.93 |
|   GAS | 400.00 |
|   Telephone | 100.00 |
|   Water | 165.00 |
| TOTAL Utilities | 773.93 |
| **TOTAL OUTFLOWS** | 12,096.56 |
| **OVERALL TOTAL** | 3,039.24 |