**Fill in this information to identify your case:**

Debtor 1: Bibi Fathema Dowlut
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 18-70651
(If known)

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|   |   | Unsecured claim |
|---|---|---|

**1**

Internal Revenue Service
Creditor's Name

P.O. Box 7346
Number    Street

Philadelphia    PA    19101-7346
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?  Taxes

$59,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
   Value of security:    − $_____
   Unsecured claim    $_____

**2**

Blair County Tax Claim Bureau
Creditor's Name

423 Allegheny Street, Suite 143
Number    Street

Hollidaysburg    PA    16648
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?  Taxes

$36,948.35

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
   Value of security:    − $_____
   Unsecured claim    $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1  **Bibi Fathema Dowlut**     Case number (*if known*) 18-70651
   First Name    Middle Name    Last Name

**Unsecured claim**

**3**   **Bank of America**
Creditor's Name
P.O. Box 15102
Number  Street

Wilmington   DE   19886-5102
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** None

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$15,300.00

---

**4**   **Discover Financial**
Creditor's Name
P.O. Box 3025
Number  Street

New Albany   OH   43054
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** None

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$10,980.00

---

**5**   **Citizens Bank**
Creditor's Name
1 Citizens Drive
Number  Street

Riverside   RI   02915
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** None

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$5,500.00

---

**6**   **Synchrony Bank/JC Penney**
Creditor's Name
Attn Bankruptcy Dept
Number  Street
P.O. Box 965060

Orlando   FL   32896
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** None

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$5,000.00

---

**7**   **Barclays Bank Delaware**
Creditor's Name
100 S. West Street
Number  Street

Wilmington   DE   19801
City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** None

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim: $_____

$4,375.00

---

Official Form 104     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

Debtor 1  Bibi Fathema Dowlut  
First Name   Middle Name   Last Name

Case number (*if known*) 18-70651

**Unsecured claim**

### 8
**Creditor's Name:** Chase Bank  
**Number Street:** P.O. Box 15298  
**City:** Wilmington  **State:** DE  **ZIP Code:** 19850  
Contact  
Contact phone  

**What is the nature of the claim?** None  
**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  
**Does the creditor have a lien on your property?**  
☒ No  
☐ Yes. Total claim (secured and unsecured): $_____  
  Value of security:  − $_____  
  Unsecured claim:  $_____  

$3,900.00

### 9
**Creditor's Name:** AMEX/Delta  
**Number Street:** P.O. Box 297871  
**City:** Ft. Lauderdale  **State:** FL  **ZIP Code:** 33329  
Contact  
Contact phone  

**What is the nature of the claim?** None  
**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  
**Does the creditor have a lien on your property?**  
☒ No  
☐ Yes. Total claim (secured and unsecured): $_____  
  Value of security:  − $_____  
  Unsecured claim:  $_____  

$1,500.00

### 10
**Creditor's Name:** Macy's/Visa  
**Number Street:** Attn: Bankruptcy Dept.  
P.O. Box 8053  
**City:** Mason  **State:** OH  **ZIP Code:** 45040  
Contact  
Contact phone  

**What is the nature of the claim?** None  
**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  
**Does the creditor have a lien on your property?**  
☒ No  
☐ Yes. Total claim (secured and unsecured): $_____  
  Value of security:  − $_____  
  Unsecured claim:  $_____  

$1,100.00

### 11
**Creditor's Name:** _____  
**Number Street:** _____  
**City:** _____  **State:** ____  **ZIP Code:** _____  
Contact  
Contact phone  

**What is the nature of the claim?** _____  
**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  
**Does the creditor have a lien on your property?**  
☒ No  
☐ Yes. Total claim (secured and unsecured): $_____  
  Value of security:  − $_____  
  Unsecured claim:  $_____  

$_____

### 12
**Creditor's Name:** _____  
**Number Street:** _____  
**City:** _____  **State:** ____  **ZIP Code:** _____  
Contact  
Contact phone  

**What is the nature of the claim?** _____  
**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply  
**Does the creditor have a lien on your property?**  
☒ No  
☐ Yes. Total claim (secured and unsecured): $_____  
  Value of security:  − $_____  
  Unsecured claim:  $_____  

$_____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

Debtor 1  Bibi Fathema Dowlut                                       Case number (*if known*) 18-70651
         First Name   Middle Name   Last Name

**Unsecured claim**

**13**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   − $_____
         Unsecured claim   $_____

**14**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   − $_____
         Unsecured claim   $_____

**15**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   − $_____
         Unsecured claim   $_____

**16**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   − $_____
         Unsecured claim   $_____

**17**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:   − $_____
         Unsecured claim   $_____

Debtor 1   <u>Bibi Fathema Dowlut</u>                           Case number (*if known*) <u>18-70651</u>
         First Name   Middle Name   Last Name

**Unsecured claim**

**18**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim    $_____

$_____

**19**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim    $_____

$_____

**20**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim    $_____

$_____

## Part 2:  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ /s/Bibi Fathema Dowlut_____    ✗ /s/_____
Signature of Debtor 1                                                Signature of Debtor 2

Date <u>03/26/2019</u>                                              Date <u>03/26/2019</u>
   MM / DD / YYYY                                          MM / DD / YYYY

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 5

Case 18-70651-JAD    Doc 91    Filed 03/26/19    Entered 03/26/19 16:13:54    Desc Main