IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.: 18-70651-JAD |
| | ) | |
| BIBI FATHEMA DOWLUT | ) | |
| AKA FATHEMA DOWLUT | ) | CHAPTER 11 |
| | ) | |
| Debtor, | ) | Related to document: 33, 35, 42 and 93 |
| | ) | |
| _____ | ) | |
| Enterprise Bank | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BIBI FATHEMA DOWLUT | ) | |
| AKA FATHEMA DOWLUT, | ) | |
| Debtor and MOHAMMAD N. | ) | |
| DOWLUT, Co-Debtor, | ) | |
| | ) | |
| Respondents. | ) | |

**CONSENT ORDER OF COURT**

AND NOW, this __1st__ day of __April__, 2019, upon consideration of the Motion for Relief from the Automatic Stay ("Motion") filed on behalf of Enterprise Bank ("Movant") and upon consent of the Debtor and Co-Debtor, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Effective April 18, 2019, Movant is granted relief from the automatic stay and shall be permitted to schedule Debtor's real estate located at 1958 Reservoir Road, Hollidaysburg, PA 16648 ("Property") for the regularly scheduled September 2019 Blair County Sheriff Sale.  Movant shall not issue execution on the Property until on or after April 18, 2019.

2. Debtors shall continue to pay Movant monthly adequate protection payments pursuant to Order of Court, dated December 3, 2018 on or before the 5th day

of each month. The next adequate protection is due on or before April 5, 2019.

3. Any time prior to the September 2019 Blair County Sheriff Sale, Debtor may file a Motion for Approval to refinance Enterprise Bank's indebtedness which motion shall provide for the payment of Enterprise Bank's indebtedness in full prior to the September 2019 Blair County Sheriff Sale. Movant shall not object to Debtor's motion that purports to pay Movant's entire indebtedness in full with the exception that Movant reserves the right to ensure that there are no outstanding contingencies to closing, the refinance does in fact pay Movant in full, and/or the refinance is likely to occur immediately upon Court approval.

4. Debtor may file a Chapter 11 Plan and Disclosure Statement within the applicable time frames allotted by the Court. Nothing contained herein shall act as a waiver of any of Movant's rights to object to the Plan or Disclosure on any permissible grounds. The filing of a Chapter 11 Plan or Disclosure shall not act as a stay of this Order unless otherwise ordered by the Court. Each party recognizes that in the event Debtor files a Chapter 11 Plan and Disclosure Statement within the applicable time frame, Debtor will be seeking reinstatement of the automatic stay.

5. The terms and conditions of this Order of Court shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another Chapter.

6. Debtor, Co-Debtor and Movant have reviewed this Consent Order of Court with counsel and fully understand the terms and conditions hereof.

7. The evidentiary hearing scheduled on this matter for April 5, 2019 at 11:00 AM is hereby cancelled.

BY THE COURT:

_____sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

**Consented and agreed to this  29th  day of March, 2019**

Dated:  3/29/19                          By:    /s/ Joseph A. Fidler
                                                      Joseph A. Fidler, Esquire
                                                      Pa. ID. #87325
                                                      *Attorney for Movant*
                                                      4091 Mount Royal Boulevard
                                                      Allison Park, PA 15101
                                                      (412) 487-8173

Dated:  3/29/19                          By:    /s/ James R. Huff
                                                      James R. Huff, II, Esquire
                                                      Pa. ID. #33270
                                                      *Attorney for Debtor and Co-Debtor*
                                                      1701 5th Ave.
                                                      Altoona, PA 16602
                                                      (814) 946-4316

FILED
4/1/19 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-70651-JAD
Bibi Fathema Dowlut                                                 Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 1              Date Rcvd: Apr 01, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db             +Bibi Fathema Dowlut,   365 Oak Knoll Road,   Hollidaysburg, PA 16648-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              Beverly Weiss Manne    on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com,
               bewmanne@aol.com
              Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James R. Huff, II    on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com
              Jeffrey A. Muriceak    on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Jodi L. Hause    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Sloane B. O'Donnell    on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com,
               agilbert@tuckerlaw.com
                                                                                             TOTAL: 13