**Fill in this information to identify your case:**

Debtor 1: **Bibi Fathema Dowlut**
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Western District of Pennsylvania**

Case number (If known): **18-70651**

☒ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

NOTE: THE FOLLOWING IS A COMPLETE RECORD OF UNSECURED CREDITORS. (TOTALING 10)

Unsecured claim

**1**

Internal Revenue Service
Creditor's Name
P.O. Box 7346
Number    Street

Philadelphia    PA    19101-7346
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **See Attachment 1**    $59,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

**2**

Blair County Tax Claim Bureau
Creditor's Name
423 Allegheny Street, Suite 143
Number    Street

Hollidaysburg    PA    16648
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $36,948.35

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    − $_____
    Unsecured claim    $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1: Bibi Fathema Dowlut
Case number (if known): 18-70651

**Unsecured claim**

### 3. Bank of America
Creditor's Name
P.O. Box 15102
Wilmington, DE 19886-5102

What is the nature of the claim? See Attachment 2 — **$15,300.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $____
  Value of security: – $____
  Unsecured claim: $____

### 4. Discover Financial
Creditor's Name
P.O. Box 3025
New Albany, OH 43054

What is the nature of the claim? None — **$10,980.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $____
  Value of security: – $____
  Unsecured claim: $____

### 5. Citizens Bank
Creditor's Name
1 Citizens Drive
Riverside, RI 02915

What is the nature of the claim? None — **$5,500.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $____
  Value of security: – $____
  Unsecured claim: $____

### 6. Synchrony Bank/JC Penney
Creditor's Name
Attn Bankruptcy Dept
P.O. Box 965060
Orlando, FL 32896

What is the nature of the claim? None — **$5,000.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $____
  Value of security: – $____
  Unsecured claim: $____

### 7. Barclays Bank Delaware
Creditor's Name
100 S. West Street
Wilmington, DE 19801

What is the nature of the claim? None — **$4,375.00**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $____
  Value of security: – $____
  Unsecured claim: $____

Debtor 1  Bibi Fathema Dowlut    Case number (if known) 18-70651

Unsecured claim

**8** Chase Bank
Creditor's Name
P.O. Box 15298
Number    Street

Wilmington    DE  19850
City         State  ZIP Code

Contact

Contact phone

What is the nature of the claim? None    $3,900.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
      Value of security:      -  $_____
      Unsecured claim            $_____

**9** AMEX/Delta
Creditor's Name
P.O. Box 297871
Number    Street

Ft. Lauderdale    FL  33329
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? None    $1,500.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
      Value of security:      -  $_____
      Unsecured claim            $_____

**10** Macy's/Visa
Creditor's Name
Attn: Bankruptcy Dept.
Number    Street
P.O. Box 8053

Mason    OH  45040
City     State  ZIP Code

Contact

Contact phone

What is the nature of the claim? None    $1,100.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
      Value of security:      -  $_____
      Unsecured claim            $_____

**11**
Creditor's Name
Number    Street

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
      Value of security:      -  $_____
      Unsecured claim            $_____

**12**
Creditor's Name
Number    Street

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
      Value of security:      -  $_____
      Unsecured claim            $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

Debtor 1  Bibi Fathema Dowlut
         First Name  Middle Name  Last Name

Case number (if known) 18-70651

**Unsecured claim**

**13**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
           Value of security:  − $_____
           Unsecured claim      $_____

**14**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
           Value of security:  − $_____
           Unsecured claim      $_____

**15**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
           Value of security:  − $_____
           Unsecured claim      $_____

**16**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
           Value of security:  − $_____
           Unsecured claim      $_____

**17**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
           Value of security:  − $_____
           Unsecured claim      $_____

Debtor 1  Bibi Fathema Dowlut
 First Name  Middle Name  Last Name

Case number (if known) 18-70651

**Unsecured claim**

### 18

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

### 19

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

### 20

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
Value of security:  − $_____
Unsecured claim  $_____

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ /s/Bibi Fathema Dowlut
Signature of Debtor 1

✗ /s/
Signature of Debtor 2

Date 04/03/2019
  MM / DD / YYYY

Date 04/03/2019
  MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 5

# Attachment
## Debtor: Bibi Fathema Dowlut   Case No: 18-70651

**Attachment 1**
    Taxes and Other Government Debts

**Attachment 2**
    Nonpriority Domestic Obligation