| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Bibi Fathema Dowlut |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number (If known) | 18-70651 |

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Internal Revenue Service
Creditor's Name
P.O. Box 7346
Number    Street

Philadelphia    PA    19101-7346
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **See Attachment 1**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

$59,000.00

**2**

Blair County Tax Claim Bureau
Creditor's Name
423 Allegheny Street, Suite 143
Number    Street

Hollidaysburg    PA    16648
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **See Attachment 2**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    − $_____
Unsecured claim    $_____

$36,948.35

Debtor 1  Bibi Fathema Dowlut
First Name  Middle Name  Last Name

Case number (*if known*) 18-70651

| | | **Unsecured claim** |

**3** **Bank of America**
Creditor's Name
P.O. Box 15102
Number  Street

Wilmington  DE  19886-5102
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **See Attachment 3**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
 Value of security: – $_____
 Unsecured claim: $_____

$15,300.00

---

**4** **Discover Financial**
Creditor's Name
P.O. Box 3025
Number  Street

New Albany  OH  43054
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **None**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
 Value of security: – $_____
 Unsecured claim: $_____

$10,980.00

---

**5** **Citizens Bank**
Creditor's Name
1 Citizens Drive
Number  Street

Riverside  RI  02915
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **None**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
 Value of security: – $_____
 Unsecured claim: $_____

$5,500.00

---

**6** **Synchrony Bank/JC Penney**
Creditor's Name
Attn Bankruptcy Dept
Number  Street
P.O. Box 965060

Orlando  FL  32896
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **None**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
 Value of security: – $_____
 Unsecured claim: $_____

$5,000.00

---

**7** **Barclays Bank Delaware**
Creditor's Name
100 S. West Street
Number  Street

Wilmington  DE  19801
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **None**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
 Value of security: – $_____
 Unsecured claim: $_____

$4,375.00

---

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor 1 __Bibi Fathema Dowlut_____   Case number (*if known*) __18-70651_____
        First Name    Middle Name    Last Name

|   |   |   | Unsecured claim |
|---|---|---|---|
| **8** | **Chase Bank**<br>Creditor's Name<br><br>P.O. Box 15298<br>Number   Street<br><br>Wilmington   DE   19850<br>City       State     ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **None**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>    Value of security: − $_____<br>    Unsecured claim: $_____ | $3,900.00 |
| **9** | **AMEX/Delta**<br>Creditor's Name<br><br>P.O. Box 297871<br>Number   Street<br><br>Ft. Lauderdale   FL   33329<br>City       State     ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **None**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>    Value of security: − $_____<br>    Unsecured claim: $_____ | $1,500.00 |
| **10** | **Macy's/Visa**<br>Creditor's Name<br><br>Attn: Bankruptcy Dept.<br>Number   Street<br>P.O. Box 8053<br><br>Mason   OH   45040<br>City       State     ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **None**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>    Value of security: − $_____<br>    Unsecured claim: $_____ | $1,100.00 |
| **11** | **See Attachment 4**<br>Creditor's Name<br><br>Number   Street<br><br>City       State     ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☒ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>    Value of security: − $_____<br>    Unsecured claim: $_____ | $_____ |
| **12** | Creditor's Name<br><br>Number   Street<br><br>City       State     ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured): $_____<br>    Value of security: − $_____<br>    Unsecured claim: $_____ | $_____ |

Debtor 1  Bibi Fathema Dowlut
         First Name  Middle Name  Last Name

Case number (*if known*) 18-70651

**Unsecured claim**

---

**13**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:               − $_____
        Unsecured claim                    $_____

$_____

---

**14**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:               − $_____
        Unsecured claim                    $_____

$_____

---

**15**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:               − $_____
        Unsecured claim                    $_____

$_____

---

**16**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:               − $_____
        Unsecured claim                    $_____

$_____

---

**17**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
        Value of security:               − $_____
        Unsecured claim                    $_____

$_____

---

Official Form 104   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 4

Debtor 1    <u>Bibi Fathema Dowlut</u>    Case number (*if known*) <u>18-70651</u>
First Name   Middle Name   Last Name

**Unsecured claim**

**18**

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

$_____

**19**

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

$_____

**20**

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ None of the above apply

**Does the creditor have a lien on your property?**
❏ No
❏ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

$_____

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/Bibi Fathema Dowlut_____
Signature of Debtor 1

Date <u>04/08/2019</u>
MM / DD / YYYY

✘ /s/_____
Signature of Debtor 2

Date <u>04/08/2019</u>
MM / DD / YYYY

# Attachment
## Debtor: Bibi Fathema Dowlut   Case No: 18-70651

**Attachment 1**
    **Taxes and Other Government Debts**
**Attachment 2**
    **Taxes and Other Government Debts**
**Attachment 3**
    **Nonpriority Domestic Obligation**
**Attachment 4**
    **THIS IS A COMPLETE LIST OF UNSECURED CREDITORS**