

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

---

*1001 Liberty Avenue, Room 970*      *(412) 644-4756*
*Pittsburgh, PA   15222*      *fax (412) 644-4785*

### MINUTES OF §341 MEETING OF CREDITORS
### <u>CHAPTER 11</u>

IN RE:

Bibi Fathema Dowlut,          CASE NO. 18-70651-JAD

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **<u>not convened</u>** on May 17, 2019 and will be rescheduled.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By: /s/ Larry Wahlquist
      Larry Wahlquist
      Trial Attorney
      Presiding Officer
      Larry.E.Wahlquist@usdoj.gov

Date: May 20, 2019