**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 11
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18–70651–JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Bibi Fathema Dowlut
   aka Fathema Dowlut, aka Bibi F. Dowlut
   365 Oak Knoll Road
   Hollidaysburg, PA 16648

Social Security No.:
   xxx–xx–4129

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| James R. Huff II<br>Sullivan Forr Stokan & Huff<br>1701 Fifth Avenue<br>Altoona, PA 16602<br>Telephone number: 814–946–4316 | none |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 28, 2019
10:00 AM
2nd Floor Conference Room, 110 Franklin Street,
Johnstown, PA 15905

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 5/20/19

BY THE COURT

Jeffery A. Deller
Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 18-70651-JAD
Bibi Fathema Dowlut                                              Chapter 11
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0315-7      User: bsil              Page 1 of 3              Date Rcvd: May 20, 2019
                          Form ID: rsc            Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db             +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613
cr             +Enterprise Bank,    4091 Mt. Royal Boulevard,    Allison Park, PA 15101-2917
cr             +NORTHWEST BANK,    Tucker Arensberg, P.C.,    c/o Beverly Weiss Manne, Esq.,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Stearns Bank, N.A.,    4191 2nd Street South,    St. Cloud, MN 56301-3761
14913387       +AMEX,   P.O. Box 981540,    El Paso, TX 79998-1540
14913386       +American Express Centurion Bank,    c/o Becket and Lee LLP,    P.O. Box 3001,
                 Malvern, PA 19355-0701
14925153        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14913388       +Bank of America, N.A.,    P.O. Box 982284,    El Paso, TX 79998-2284
14913389       +Barclays Bank Delaware,    100 S. West Street,    Wilmington, DE 19801-5015
14913390       +Bayview Loan Servicing LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
14913391       +Blair County Tax Claim Bureau,    423 Allegheny Street, Ste. 143,    Hollidaysburg, PA 16648-2047
14913394       +Chase Card Services,    P.O. Box 15278,    Wilmington, DE 19850-5278
14913395       +Chase Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
14913396       +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
14913397       +Citibank/The Home Depot,    Citicorp Srvs Bankruptcy,    P.O. Box 790040,
                 St. Louis, MO 63179-0040
14913398       +Citicards CBNA,    Citicorp Credit Svc,    P.O. Box 790040,    St. Louis, MO 63179-0040
14913399       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
14948038       +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
14913400       +Department Stores National Bank,    c/o Quantum Group LLC,    P.O. Box 657,
                 Kirkland, WA 98083-0657
14913404       +Enterprise Bank,    4091 Mount Royal Boulevard,    Allison Park, PA 15101-2917
14922401       +Enterprise Bank,    c/o Joseph A. Fidler, Esq.,    4091 Mt. Royal Blvd.,
                 Allison Park, PA 15101-2917
14913405       +Enterprise Bank,    c/o Joseph Fidler, Esquire,    4091 Mt. Royal Blvd.,
                 Allison Park, PA 15101-2917
14919604       +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14913407       +First Commonweath Bank,    c/o McGrath McCall, PC,    Four Gateway Center, Ste. 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14913408       +First National Bank,    1 FNB Blvd.,    Hermitage, PA 16148-3363
14913413       +MMCA/C1,    P.O. Box 991817,    Mobile, AL 36691-8817
14913409        Macy's,   P.O. Box 689195,    Des Moines, Iowa 50368-9195
14913410       +Macy's/Visa,    Attn:   Bankruptcy Dept.,    P.O. Box 8053,    Mason, OH 45040-8053
14913411       +Manufacturers & Trade,    One Fountain PL/3rd Floor,    Buffalo, NY 14203-1420
14913412       +Metlife Home Loan,    334 Madison Avenue,    Convent Station, NJ 07960-6914
14913414       +Northwest Bank,    Tucker Arensberg, PC,    c/o Beverly Weiss Manne, Esquire,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
14913416       +Northwest Bank,    P.O. Box 337,    Warren, PA 16365-0337
14913415       +Northwest Bank,    100 Liberty Street,    P.O. Box 128,    Warren, PA 16365-0128
14913417       +PCR Receivables,    P.O. Box 41021,    Norfolk, VA 23541-1021
14913419       +Peoples Natural Gas Co LLC,    c/o James Wallace PC,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14913421       +RBS Citizens,    1 Citizens Drive,    MS: ROP 15B,    Riverside, RI 02915-3035
14913423       +Stearns Bank NA,    c/o Jordanne Kissner,    Document Compliance Supervisor,
                 4191 2nd Street South,    St. Cloud, MN 56301-3761
14913424       +Stearns Bank, NA,    4191 2nd Street South,    St. Cloud, MN 56301-3761

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov May 21 2019 02:05:41      Internal Revenue Service,
                 Special Procedures Division,    P.O. Box 628,    Bankruptcy Section,    Pittsburgh, PA   15230
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2019 02:06:03      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14913385       +E-mail/Text: tdell@altoonabank.com May 21 2019 02:05:44      Altoona First Savings Bank,
                 203 N. Logan Boulevard,    Altoona, PA 16602-1726
14913392       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2019 02:09:14      Capital One,
                 Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14913393       +E-mail/Text: bk.notifications@jpmchase.com May 21 2019 02:05:52      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N. Central Avenue,    MS AZ1-1191,    Phoenix, AZ 85004-8001
14913401       +E-mail/Text: jennifer.chacon@spservicing.com May 21 2019 02:06:45
                 Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14951869        E-mail/Text: jennifer.chacon@spservicing.com May 21 2019 02:06:45
                 Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14913402       +E-mail/Text: mrdiscen@discover.com May 21 2019 02:05:31      Discover Bank,
                 Discover Products Inc.,    P.O. Box 3025,    New Albany, OH 43054-3025
14913403       +E-mail/Text: mrdiscen@discover.com May 21 2019 02:05:31      Discover Financial,   P.O. Box 3025,
                 New Albany, OH 43054-3025
```

```
District/off: 0315-7          User: bsil                 Page 2 of 3                    Date Rcvd: May 20, 2019
                              Form ID: rsc               Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14913406       +E-mail/Text: bankruptcynotice@fcbanking.com May 21 2019 02:05:34     First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
14952189        E-mail/Text: camanagement@mtb.com May 21 2019 02:05:44     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
14929905       +E-mail/Text: BKRMailOps@weltman.com May 21 2019 02:06:15     MMCA, Its Successor and Assigns,
                 c/o Weltman, Weinberg & Reis Co LPA,    323 W. Lakeside Ave Suite 200,
                 Cleveland OH 44113-1009
14914096       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2019 02:09:34
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14913418       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2019 02:06:03     Pennsylvania Dept of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0946
14913420       +E-mail/Text: bnc-quantum@quantum3group.com May 21 2019 02:05:54     Quantum3 Group LLC Agent,
                 MOMA Funding LLC,    P.O. Box 788,   Kirkland, WA 98083-0788
14916705        E-mail/Text: bnc-quantum@quantum3group.com May 21 2019 02:05:54
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
14913422       +E-mail/Text: jennifer.chacon@spservicing.com May 21 2019 02:06:45
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
14913425       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 02:09:11     Synchrony Bank,
                 c/o PRA Receivables Management Inc.,    P.O. Box 41021,   Norfolk, VA 23541-1021
14913426       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 02:09:29     Synchrony Bank/Amazon,
                 Attn Bankruptcy,   P.O. Box 965060,    Orlando, FL 32896-5060
14913427       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 02:09:29     Synchrony Bank/JC Penney,
                 Attn Bankruptcy Dept,    P.O. Box 965060,   Orlando, FL 32896-5060
14913428       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 02:09:12     Synchrony Bank/Sams,
                 Attn:   Bankruptcy,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deutsche Bank National Trust Company, as Trustee,
cr             M&T Bank
cr             Select Portfolio Servicing, Inc.
cr*           +Altoona First Savings Bank,    203 N. Logan Boulevard,   Altoona, PA 16602-1726
cr*           +First Commonwealth Bank,   c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14925796*      American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
14926556*     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14951976*      Bayview Loan Servicing, LLC,    Bankruptcy Department,   P.O. Box 840,   Buffalo, NY 14240-0840
14952409*      Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14916301*      Discover Bank,   Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
15040766*     +Internal Revenue Service,    1000 Liberty Ave Room 711B,   Pittsburgh, PA 15222-4107
14942670*     +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                       TOTALS: 3, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
              Beverly Weiss Manne    on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com,
               bewmanne@aol.com,agilbert@tuckerlaw.com
              Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James R. Huff, II    on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com
```

```
District/off: 0315-7          User: bsil                  Page 3 of 3                  Date Rcvd: May 20, 2019
                              Form ID: rsc                Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeffrey A. Muriceak   on behalf of Creditor   Altoona First Savings Bank jmuriceak@eveyblack.com, choover@eveyblack.com

        Jodi L. Hause   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et al... jodi.hause@phelanhallinan.com, pawb@fedphe.com

        Joseph A. Fidler   on behalf of Creditor   Enterprise Bank jfidler@enterprisebankpgh.com

        Larry E. Wahlquist   on behalf of U.S. Trustee   Office of the United States Trustee larry.e.wahlquist@usdoj.gov

        Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov

        Preston D. Jaquish   on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com

        Sloane B. O'Donnell   on behalf of Creditor   NORTHWEST BANK sodonnell@tuckerlaw.com, agilbert@tuckerlaw.com

        TOTAL: 13