

*U.S. Department of Justice*

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*　　　　*(412) 644-4756*
*Pittsburgh, PA   15222*　　　　　　　*fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Bibi Fathema Dowlut　　　　　　　CASE NO. 18-70651-JAD

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened** on June 28, 2019 and closed.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By: /s/Norma Hildenbrand
　　Norma Hildenbrand
　　Trial Attorney
　　Presiding Officer
　　Norma.L.Hildenbrand@usdoj.gov

Date: July 1, 2019