PAWB FORM 7 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70651-JAD |
| | : | |
| BIBI FATHEMA DOWLUT | : | |
| a/k/a FATHEMA DOWLUT | : | |
| a/k/a BIBI F. DOWLUT | : | |
| Debtor | : | Chapter 11 |
| | : | |
| | : | Related to Doc Nos. 117 and 118 |
| | : | |

### CERTIFICATE OF SERVICE OF ORDER DATED JULY 25, 2019 AND AMENDMENT TO SCHEDULE C

I certify under penalty of perjury that I served the above-captioned **ORDER** and **AMENDMENT** on all parties listed on the Clerk's Mailing Matrix (copy attached), the Trustee and the United States Trustee on July 29, 2019. The type of service made on the parties was **United States Mail, First-Class Service, postage prepaid**.

Executed on:  July 30, 2019

Forr, Stokan, Huff, Kormanski & Naugle

/s/James R. Huff, II
James R. Huff, II, Esquire
Attorney for Debtor
1701 Fifth Avenue
Altoona, PA   16602
Pa. I.D. No. 33270

```
Label Matrix for local noticing          Altoona First Savings Bank              Enterprise Bank
0315-7                                   203 N. Logan Boulevard                  4091 Mt. Royal Boulevard
Case 18-70651-JAD                        Altoona, PA 16602-1726                  Allison Park, PA 15101-2917
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Mon Jul 29 10:40:34 EDT 2019

First Commonwealth Bank                  NORTHWEST BANK                          PRA Receivables Management, LLC
c/o McGrath McCall, P.C.                 Tucker Arensberg, P.C.                  PO Box 41021
Four Gateway Center, Suite 1040          c/o Beverly Weiss Manne, Esq.           Norfolk, VA 23541-1021
444 Liberty Avenue                       1500 One PPG Place
Pittsburgh, PA 15222-1225                Pittsburgh, Pa 15222-5413


Stearns Bank, N.A.                       7                                       AMEX
4191 2nd Street South                    U.S. Bankruptcy Court                   P.O. Box 981540
St. Cloud, MN 56301-3761                 5414 U.S. Steel Tower                   El Paso, TX 79998-1540
                                         600 Grant Street
                                         Pittsburgh, PA 15219-2703


American Express Centurion Bank          American Express National Bank          Bank of America, N.A.
c/o Becket and Lee LLP                   c/o Becket and Lee LLP                  P O Box 982284
P.O. Box 3001                            PO Box 3001                             El Paso, TX 79998-2284
Malvern, PA 19355-0701                   Malvern  PA 19355-0701


Barclays Bank Delaware                   Bayview Loan Servicing LLC              Blair County Tax Claim Bureau
100 S. West Street                       Bankruptcy Department                   423 Allegheny Street, Ste. 143
Wilmington, DE 19801-5015                P.O. Box 840                            Hollidaysburg, PA 16648-2047
                                         Buffalo, NY 14240-0840


Capital One                              Chase Auto Finance                      Chase Card Services
Attn:  Bankruptcy                        National Bankruptcy Dept                P.O. Box 15278
P.O. Box 30285                           201 N. Central Avenue                   Wilmington, DE 19850-5278
Salt Lake City, UT 84130-0285            MS AZ1-1191
                                         Phoenix, AZ 85004-8001


Chase Mortgage                           Chase Mortgage                          Citibank/The Home Depot
3415 Vision Drive                        P.O. Box 24696                          Citicorp Srvs Bankruptcy
Columbus, OH 43219-6009                  Columbus, OH 43224-0696                 P.O. Box 790040
                                                                                 St. Louis, MO 63179-0040


Citicards CBNA                           Citizens Bank                           Citizens Bank N.A.
Citicorp Credit Svc                      1 Citizens Drive                        One Citizens Bank Way
P.O. Box 790040                          Riverside, RI 02915-3000                Mailstop: JCA115
St. Louis, MO 63179-0040                                                         Johnston, RI 02919-1922


Department Stores National Bank          Deutsche Bank National Trust Company    Deutsche Bank National Trust Company, et al
c/o Quantum Group LLC                    c/o Select Portfolio Servicing, Inc.    c/o Select Portfolio Servicing, Inc.
P.O. Box 657                             P.O. Box 65250                          P.O. Box 65250
Kirkland, WA 98083-0657                  Salt Lake City, UT 84165-0250           Salt Lake City, UT 84165-0250


Discover Bank                            Discover Financial                      Enterprise Bank
Discover Products Inc                    P.O. Box 3025                           4091 Mount Royal Boulevard
PO Box 3025                              New Albany, OH 43054-3025               Allison Park, PA 15101-2917
New Albany, OH  43054-3025
```

Enterprise Bank
c/o Joseph A. Fidler, Esq.
4091 Mt. Royal Blvd.
Allison Park, PA 15101-2917

Enterprise Bank
c/o Joseph Fidler, Esquire
4091 Mt. Royal Blvd.
Allison Park, PA 15101-2917

First Commonwealth Bank
601 Philadelphia Street
Indiana, PA 15701-3952

First Commonweath Bank
c/o McGrath McCall, PC
Four Gateway Center, Ste. 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

First National Bank
1 FNB Blvd.
Hermitage, PA 16148-3363

Internal Revenue Service
1000 Liberty Ave Room 711B
Pittsburgh, PA 15222-4107

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MMCA, Its Successor and Assigns
c/o Weltman, Weinberg & Reis Co LPA
323 W. Lakeside Ave Suite 200
Cleveland OH 44113-1009

MMCA/C1
P.O. Box 991817
Mobile, AL 36691-8817

Macy's
P.O. Box 689195
Des Moines, Iowa 50368-9195

Macy's/Visa
Attn:    Bankruptcy Dept.
P.O. Box 8053
Mason, OH 45040-8053

Manufacturers & Trade
One Fountain PL/3rd Floor
Buffalo, NY 14203-1420

Metlife Home Loan
334 Madison Avenue
Convent Station, NJ 07960-6914

Northwest Bank
100 Liberty Street
P.O. Box 128
Warren, PA 16365-0128

Northwest Bank
P.O. Box 337
Warren, PA 16365-0337

Northwest Bank
Tucker Arensberg, PC
c/o Beverly Weiss Manne, Esquire
1500 One PPG Place
Pittsburgh, PA 15222-5413

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PCR Receivables
P.O. Box 41021
Norfolk, VA 23541-1021

Pennsylvania Dept of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas Co LLC
c/o James Wallace PC
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

Quantum3 Group LLC Agent
MOMA Funding LLC
P.O. Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

RBS Citizens
1 Citizens Drive
MS: ROP 15B
Riverside, RI 02915-3035

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Stearns Bank NA
c/o Jordanne Kissner
Document Compliance Supervisor
4191 2nd Street South
St. Cloud, MN 56301-3761

Stearns Bank, NA
4191 2nd Street South
St. Cloud, MN 56301-3761

Synchrony Bank
c/o PRA Receivables Management Inc.
P.O. Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Amazon
Attn Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/JC Penney
Attn Bankruptcy Dept
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn:    Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

| | | |
|---|---|---|
| Bibi Fathema Dowlut<br>365 Oak Knoll Road<br>Hollidaysburg, PA 16648-2613 | James R. Huff II<br>Sullivan Forr Stokan & Huff<br>1701 Fifth Avenue<br>Altoona, PA 16602-2319 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Deutsche Bank National Trust Company, as T | (u)M&T Bank | (u)Select Portfolio Servicing, Inc. |
| (d)Altoona First Savings Bank<br>203 N. Logan Boulevard<br>Altoona, PA 16602-1726 | (d)Bank of America, N.A.<br>P.O. Box 982284<br>El Paso, TX 79998-2284 | (d)Bayview Loan Servicing, LLC<br>Bankruptcy Department<br>P.O. Box 840<br>Buffalo, NY 14240-0840 |
| (d)Deutsche Bank National Trust Company<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | (d)Discover Bank<br>Discover Products Inc.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | (d)First Commonwealth Bank<br>c/o McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1225 |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | End of Label Matrix<br>Mailable recipients    61<br>Bypassed recipients    11<br>Total                  72 |