## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 18-70651-JAD |
| Bibi Fathema Dowlut a/k/a Fathema Dowlut a/k/a Bibi F. Dowlut, | CHAPTER 11 |
| Debtor. | HEARING DATE & TIME: October 18, 2019 @ 11:00 |
| Northwest Bank f/k/a Northwest Savings Bank, | |
| Movant, | |
| vs. | |
| Bibi Fathema Dowlut a/k/a Fathema Dowlut a/k/a Bibi F. Dowlut, Debtor; and Mohammad N. Dowlut, Co-Debtor; | |
| Respondents. | |

**CONSENT TO CONTINUANCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(e) PENDING FINAL HEARING**

Northwest Bank f/k/a Northwest Savings Bank, by its undersigned counsel, consents to the extension of the automatic stay pursuant to 11 U.S.C. § 362(e) pending a final hearing on the motion for relief, and waives any right to declare a grant of relief in the event that the hearing is not held within thirty (30) days of the request for relief.

GRENEN & BIRSIC, P.C.

Date:   09/16/2019         By:    /s/ David W. Raphael
David W. Raphael, Esquire
PA ID No. 200598
Attorney for Northwest Bank
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
412-281-7650
Fax:  412-281-7657
E-mail:  draphael@grenenbirsic.com