IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | Case No. 18-70651-JAD |
| BIBI FATHEMA DOWLUT a/k/a : | |
| FATHEMA DOWLUT a/k/a BIBI F. : | |
| DOWLUT : | |
|     Debtor : | Chapter 11 |
| _____ : | |
| NORTHWEST BANK f/k/a NORTHWEST : | Related to Doc. Nos. 124 and 125 |
| SAVINGS BANK : | Doc. No. ___131___ |
|     Movant : | |
| : | |
|     Vs. : | |
| : | |
| BIBI FATHEMA DOWLUT a/k/a : | Hearing Date/Time: |
| FATHEMA DOWLUT a/k/a BIBI F. : | October 18, 2019 at 11:00 am |
| DOWLUT AND MOHAMMAD DOWLUT : | |
|     Respondents : | |

**ORDER OF COURT**

AND NOW, to wit, this __10th__ day of __October__, 2019, the above identified matter having come before this Court on a Motion to Continue Hearing scheduled on Movant's Motion for Relief from Stay, it is hereby **ORDERED, DIRECTED AND DECREED** that said Motion to Continue Hearing is Granted and Hearing in this matter is rescheduled for the __15th__ day of __November__, 2019 at 11:00 AM in Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901*.

BY THE COURT:

_____ sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

FILED
10/10/19 8:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bibi Fathema Dowlut  
    Debtor

Case No. 18-70651-JAD  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 1     Date Rcvd: Oct 10, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.  
db           +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:

           Beverly Weiss Manne    on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com, bewmanne@aol.com,agilbert@tuckerlaw.com  
           Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
           David W. Raphael    on behalf of Creditor    Northwest Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
           James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... bkgroup@kmllawgroup.com  
           James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
           James R. Huff, II    on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com  
           Jeffrey A. Muriceak    on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com, choover@eveyblack.com  
           Jodi L. Hause    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... jodi.hause@phelanhallinan.com, pawb@fedphe.com  
           Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com  
           Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
           Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com  
           Sloane B. O'Donnell    on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com, agilbert@tuckerlaw.com

                                                                                                                                             TOTAL: 14