# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 18-70651-JAD |
| Bibi Fathema Dowlut a/k/a Fathema Dowlut a/k/a Bibi F. Dowlut, | ) CHAPTER 11 |
| Debtor. | ) RELATE TO DOC NO. |
| Northwest Bank f/k/a Northwest Savings Bank, | ) |
| Movant, | ) |
| vs. | ) |
| Bibi Fathema Dowlut a/k/a Fathema Dowlut a/k/a Bibi F. Dowlut, Debtor; and Mohammad N. Dowlut, Co-Debtor; | ) |
| Respondents. | ) |

## CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY IN FAVOR OF NORTHWEST BANK f/k/a NORTHWEST SAVINGS BANK AS TO 365 OAK KNOLL ROAD, HOLLIDAYSBURG, PA 16648

AND NOW, this _____ day of November, 2019, upon consideration of the Motion for Relief from the Automatic Stay and Co-Debtor Stay as to 365 Oak Knoll Road, Hollidaysburg, PA 16648 filed by the Movant Northwest Bank f/k/a Northwest Savings Bank ("Movant") (at Doc No. 125), and the Answer thereto filed by the Debtor (at Doc No. 130), and upon the agreement, stipulation and consent of the parties as evidenced in signatures below, it is hereby ORDERED, ADJUDGED AND DECREED that on the date certain of December 31, 2019 the automatic stay and co-debtor stay is terminated and

effective immediately as to the Movant and its interests against the property, structures and improvements commonly referred to as 365 Oak Knoll Road, Hollidaysburg, PA 16648, without further notice or hearing.

This consent and stipulation Order granting relief from the stay and co-debtor stay shall remain effective and binding notwithstanding any conversion to another chapter and/or any bankruptcy proceedings under any chapter of the Code filed in the future by the Debtor.

BY THE COURT:

_____
The Honorable Jeffrey A. Deller
United States Bankruptcy Judge

**STIPULATED AND CONSENTED TO BY:**

  /s/ James R. Huff, II
James R. Huff, II, Esquire
Counsel for the Debtor

  /s/ David W. Raphael
David W. Raphael, Esquire
Counsel for Northwest Bank