# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No.: 18-70651-JAD |
| ) | |
| BIBI FATHEMA DOWLUT ) | CHAPTER 11 |
| AKA FATHEMA DOWLUT ) | |
| ) | Document Number: ____ |
| Debtor, ) | |
| ) | *Response Deadline: June 8, 2020* |
| ) | |
| ENTERPRISE BANK, ) | *Hearing Date:  June 24, 2020* |
| ) | *10:00 A.M.* |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| BIBI FATHEMA DOWLUT ) | |
| AKA FATHEMA DOWLUT, ) | |
| Debtor and MOHAMMAD N. ) | |
| DOWLUT, Co-Debtor, | |
| | |
| Respondents. | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF ENTPRISE BANK FOR RELIEF FROM THE AUTOMATIC STAY FOR PURPOSES OF COMPLIANCE WITH PENNSYLVANIA'S DEFICIENCY JUDGMENT ACT (42 PA. CSA SECTION 8103)**

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned for Movant a response to the motion no later than **June 8, 2020** (i.e. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.  You should take this Notice and Motion to a lawyer at once.

A telephonic hearing will be scheduled on **June 24, 2020 @ 10:00 AM** before the Honorable Jeffery A. Deller.  Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing.  All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at [www.pawb.uscourts.gov](www.pawb.uscourts.gov).

Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:    **May 21, 2020.**

By:    /s/ Joseph A. Fidler
Joseph A. Fidler, Esquire
Pa. I.D #87325
Attorney for Enterprise Bank
4091 Mount Royal Boulevard
Allison Park, PA 15101
(412) 487-8173