**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> BIBI FATHEMA DOWLUT <br> AKA FATHEMA DOWLUT <br><br> Debtor, <br><br> ENTERPRISE BANK, <br><br> Movant, <br><br> vs. <br><br> BIBI FATHEMA DOWLUT <br> AKA FATHEMA DOWLUT, <br> Debtor and MOHAMMAD N. <br> DOWLUT, Co-Debtor, <br><br> Respondents. | Bankruptcy Case No.: 18-70651-JAD <br><br> CHAPTER 11 <br><br> Document Number: ____ <br><br> *Response Deadline: June 8, 2020* <br><br> *Hearing Date:  June 24, 2020* <br> *                10:00 A.M.* <br><br><br> Related to Doc. #147 |

## ORDER OF COURT

AND NOW, this  18th  day of    June   , 2020, upon consideration of the Motion for Relief from the Automatic Stay on behalf of Enterprise Bank ("Movant"), it is hereby ORDERED, ADJUDGED and DECREED that the automatic stay is hereby modified for the limited purpose of permitting Movant to file a Petition to Fix Fair Market Value on the real property more commonly known as RR1 Box 379 Reservoir Road, Hollidaysburg, PA 16648 ("Mortgaged Premises") pursuant to the Pennsylvania Deficiency Judgment Act (42 Pa. CSA 8103 et. seq.) in the Court of Common of Blair County at Case Number: 2016-2666 ("Foreclosure Action").

It is further ORDERED, ADJUDGED and DECREED that Movant shall be authorized to file an amended proof of claim upon the conclusion of the deficiency judgment proceedings in state court.

BY THE COURT:

_____sjk_____
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
6/18/20 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-70651-JAD
Bibi Fathema Dowlut                                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: agro           Page 1 of 1            Date Rcvd: Jun 18, 2020
                          Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db           +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613
cr           +Enterprise Bank,    4091 Mt. Royal Boulevard,    Allison Park, PA 15101-2917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
              Beth L. Slaby     on behalf of Creditor    Northwest Bank bslaby@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Beverly Weiss Manne     on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com,
               bewmanne@aol.com,agilbert@tuckerlaw.com
              Christopher M. McMonagle     on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              David W. Raphael     on behalf of Creditor    Northwest Bank raphaeld@fnb-corp.com
              James   Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              James R. Huff, II     on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com
              James R. Wood     on behalf of Creditor    Altoona Area School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey A. Muriceak     on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Joseph A. Fidler     on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Larry E. Wahlquist     on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew Christian Waldt     on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish     on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Sloane B. O'Donnell     on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Thomas   Song     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al...
               pawb@fedphe.com
                                                                                             TOTAL: 16