**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bibi Fathema Dowlut aka Fathema Dowlut aka Bibi F. Dowlut<br><br>    Debtor(s) | |
| M&T Bank<br>    Movant<br>v.<br>Bibi Fathema Dowlut aka Fathema Dowlut aka Bibi F. Dowlut<br>    Respondent | BK. NO. 18-70651 JAD<br><br>CHAPTER 11<br><br>Related to Doc. #157 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 29th day of July, 2020, upon Motion of M&T Bank, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1400-02 Logan Blvd, Altoona, PA 16602 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

              _/s/ sjk_
              United States Bankruptcy Judge
              Jeffery A. Deller

FILED
7/29/20 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Bibi Fathema Dowlut aka Fathema Dowlut aka Bibi F. Dowlut
365 Oak Knoll Road
Hollidaysburg, PA 16648

James R. Huff, II, Esq.
Sullivan Forr Stokan & Huff
1701 Fifth Avenue
Altoona, PA 16602
jhuff@sfshlaw.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-70651-JAD
Bibi Fathema Dowlut                                                       Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 1                    Date Rcvd: Jul 29, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
db             +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Beth L. Slaby    on behalf of Creditor   Northwest Bank bslaby@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Beverly Weiss Manne    on behalf of Creditor   NORTHWEST BANK bmanne@tuckerlaw.com,
               bewmanne@aol.com,agilbert@tuckerlaw.com
              Christopher M. McMonagle    on behalf of Creditor   M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              David W. Raphael    on behalf of Creditor   Northwest Bank raphaeld@fnb-corp.com
              James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              James R. Huff, II    on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com
              James R. Wood    on behalf of Creditor   Altoona Area School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey A. Muriceak    on behalf of Creditor   Altoona First Savings Bank jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Joseph A. Fidler    on behalf of Creditor   Enterprise Bank jfidler@enterprisebankpgh.com
              Larry E. Wahlquist    on behalf of U.S. Trustee   Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com
              Sloane B. O'Donnell    on behalf of Creditor   NORTHWEST BANK sodonnell@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Thomas  Song    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et al...
               pawb@fedphe.com
                                                                                               TOTAL: 16