UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

JOHNSTOWN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-70651-JAD |
| | ) | |
| Bibi Fathema Dowlut aka Fathema Dowlut aka Bibi F. Dowlut, | ) ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| | ) | |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1 | ) ) ) ) ) | Related to Doc. #167 |
| | ) | |
| v. | ) | |
| | ) | |
| Bibi Fathema Dowlut aka Fathema Dowlut aka Bibi F. Dowlut, | ) ) | |
| | ) | |
| Debtor | ) | |

**ORDER**

AND NOW, this __6th__ day of __August__, 2020, upon consideration of Stipulation for Plan Treatment on First Lien Secured by Real Property at 1405-13 Circle Avenue, Altoona, PA 16602 ("Stipulation"), filed by Secured Creditor, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1 ("Secured Creditor"), and any response to the same, and the record as a whole, IT IS HEREBY ORDERED:

The attached Stipulation is GRANTED.

By The Court:

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
8/6/20 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-70651-JAD
Bibi Fathema Dowlut                                                 Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 1              Date Rcvd: Aug 06, 2020
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.
db             +Bibi Fathema Dowlut,    365 Oak Knoll Road,    Hollidaysburg, PA 16648-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:
     Beth L. Slaby    on behalf of Creditor    Northwest Bank bslaby@grenenbirsic.com, mcupec@grenenbirsic.com
     Beverly Weiss Manne    on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com, bewmanne@aol.com,agilbert@tuckerlaw.com
     Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
     David W. Raphael    on behalf of Creditor    Northwest Bank raphaeld@fnb-corp.com
     James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
     James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... bkgroup@kmllawgroup.com
     James R. Huff, II    on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com
     James R. Wood    on behalf of Creditor    Altoona Area School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
     Jeffrey A. Muriceak    on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com, choover@eveyblack.com
     Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
     Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
     Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
     Sloane B. O'Donnell    on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com, agilbert@tuckerlaw.com
     Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... pawb@fedphe.com
                                                                                    TOTAL: 16