**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Bibi Fathema Dowlut aka Fathema Dowlut<br>Debtor(s) | BK. NO. 18-70651 JAD<br><br>CHAPTER 11 |

ORDER

AND NOW, this 6th day of August, 2020, and it appearing that no disclosure statement of plan has been filed despite the fact that this bankruptcy case was filed in 2018, it is hereby ORDERED that the counsel to the Debtor(s) shall file a status report explaining the lengthy delay in this case and why this case should not be converted to Chapter 7 for failure to prosecute and confirm a feasible plan.  Such status report shall be filed by no later than September 1, 2020.

_____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
8/6/20 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-70651-JAD
Bibi Fathema Dowlut                                                 Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 1              Date Rcvd: Aug 06, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db            +Bibi Fathema Dowlut,   365 Oak Knoll Road,   Hollidaysburg, PA 16648-2613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
              Beth L. Slaby    on behalf of Creditor    Northwest Bank bslaby@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Beverly Weiss Manne    on behalf of Creditor    NORTHWEST BANK bmanne@tuckerlaw.com,
               bewmanne@aol.com,agilbert@tuckerlaw.com
              Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              David W. Raphael    on behalf of Creditor    Northwest Bank raphaeld@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              James R. Huff, II    on behalf of Debtor Bibi Fathema Dowlut jhuff@sfshlaw.com
              James R. Wood    on behalf of Creditor    Altoona Area School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Jeffrey A. Muriceak    on behalf of Creditor    Altoona First Savings Bank jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Joseph A. Fidler    on behalf of Creditor    Enterprise Bank jfidler@enterprisebankpgh.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Sloane B. O'Donnell    on behalf of Creditor    NORTHWEST BANK sodonnell@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al...
               pawb@fedphe.com
                                                                                             TOTAL: 16