IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: BIBI FATHEMA DOWLUT, | : | BANKRUPTCY CASE NO. 18-70651-JAD |
| a/k/a FATHEMA DOWLUT | : | |
| Debtor | : | Related to Doc. No. 179 |
| | : | Document No. _____ |
| | : | |
| | : | CHAPTER 11 |

### STATUS REPORT

**TO THE HONORABLE THE JUDGES OF SAID COURT:**

AND NOW, to wit, comes the Debtor, who by and through her attorneys, FORR, STOKAN, HUFF, KORMANSKI & NAUGLE ESQUIRE, files this her Status Report in response to the Court's Order of August 6, 2020 and represents as follows:

1.

In the Order of August 6, 2020, your Honorable Court noted that this case was filed back in 2018 but to date no Chapter 11 Plan has been promulgated.

2.

The reason for the original filing was to delay action on the mortgage foreclosure actions which had been filed relative to property owned by Debtor and her husband, Dr. Mohammad Dowlut in order to explore financing options and obtain new monies for completely refinancing the outstanding debt to secured creditors, including but not limited to, Enterprise Bank and Northwest Savings Bank.

3.

The intention all along was to withdraw the bankruptcy once new financing was in place.

4.

Enterprise Bank and Northwest Savings Bank have pursued foreclosure options subsequent to obtaining Relief from Stay.

5.

To date, new financing has not been obtained and it does not appear that it will be possible to move forward with a confirmable Plan in light of the same and accordingly, concurrently with the filing of this Status Report, Debtor will be filing a Motion to Withdraw the Chapter 11 Bankruptcy Action.

6.

As hereinabove set forth, in light of the fact that a Plan does not appear feasible at this time, Debtor will be concurrently filing a Motion to Withdraw the Bankruptcy Action.

          Respectfully submitted,
          Forr, Stokan, Huff, Kormanski & Naugle

          */s/ James R. Huff, II*

By: _____
          James R. Huff II, Esquire
          State ID No. 33270
          Attorneys for Debtor
          1701 Fifth Avenue
          Altoona, PA   16602
          814-946-4316