IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  BIBI FATHEMA DOWLUT  :  | CHAPTER 11 |
| FATHEMA DOWLUT,  : | Bankruptcy Case No. 18-70651 JAD |
| Debtor  : | |
| : | |
| : | Doc. No._____ |
| BIBI FATHEMA DOWLUT,  : | |
| FATHEMA DOWLUT,  : | |
| Movant  : | Hearing Date & Time: |
| : | September 30, 2020 at 11:00 a.m. |
| Vs  : | |
| : | |
| NO RESPONDENT  : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR/MOVANT'S
MOTION TO WITHDRAW CHAPTER 11 PETITION**

To the Respondents:

You are hereby notified that the above Debtor/Movant seeks an Order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a Response to the Motion no later than **September 18, 2020** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the Procedure of the presiding Judge as found on the Judge's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an Order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's website to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and Motion to a lawyer at once.

**A telephonic hearing will be held on September 30, 2020 at 11:00 a.m**. **before the Honorable Jeffery A. Deller.**
Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing.  All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of 10 minutes is being provided on the calendar.   No witnesses will be heard.   If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Date:    August 31, 2020**

By:_/s/James R. Huff, II_____
James R. Huff, II, Esquire
Forr, Stokan, Huff, Kormanski & Naugle
1701 Fifth Avenue
Altoona, PA 16602
(814) 946-4316; Pa. I.D. No. 33270