IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  BIBI FATHEMA DOWLUT | : | CHAPTER 11 |
| FATHEMA DOWLUT, | : | Bankruptcy Case No. 18-70651 JAD |
| Debtor | : | |
| | : | |
| | : | Doc. No._____ |
| BIBI FATHEMA DOWLUT, | : | |
| FATHEMA DOWLUT, | : | |
| Movant | : | Hearing Date & Time: |
| | : | September 30, 2020 at 11:00 a.m. |
| Vs | : | |
| NO RESPONDENT | : | |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw Chapter 11 Petition filed at Doc. No. 186 and served on the Respondents herein has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 18, 2020.

It is hereby respectfully requested that the Order attached to Movant's Motion to Withdraw Chapter 11 Petition be entered by the Court.

Respectfully submitted,

FORR, STOKAN, HUFF, KORMANSKI & NAUGLE

*/s/James R. Huff, II*
By:_____
James R. Huff, II, Esquire
Attorneys for Debtor/Movant
State I.D. #33270
1701 Fifth Avenue
Altoona, PA 16602
(814) 946-4316

Dated:   September 24, 2020